NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JERRY V. MARINO,                     )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-4091
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____  )

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; William H. Burgess,
Judge.

Jerry V. Marino, pro se.


PER CURIAM.


          Affirmed.  See Fla. R. Crim. P. 3.801(b); Brito v. State, 194 So. 3d 522

(Fla. 3d DCA 2016).



CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.